IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER WARD-MALONE,<br><br>Defendant. | No. CR12-4068-LTS<br><br>**MEMORANDUM<br>OPINION AND ORDER** |

This matter is before me on defendant Christopher Ward-Malone's pro se motion (Doc. 245) pursuant to Federal Rule of Civil Procedure 60(b). The Government has filed a resistance (Doc. 248).

Ward-Malone's case history is long and has been set out in numerous previous orders. *See, e.g.*, Doc. 180. In short, his case is closed, his appeals have been denied, as have his habeas motions.[1] Since exhausting his legitimate post-conviction avenues for relief, Ward-Malone has filed a constant stream of motions requesting various documents and discovery. *See e.g.*, Docs. 130, 146, 147, 150, 179, 189, 192, 196, 243.

Ward-Malone's current motion is denied for the reasons set out in the Government's resistance. Specifically, this motion is nothing more than another attempted end around the bar on successive § 2255 motions. *See Boyd v. United States*, 304 F.3d 813, 814 (8th Cir. 2002) (per curiam) ("[i]f the district court determines the Rule 60(b) motion is actually a second or successive habeas petition, the district court should dismiss it for failure to obtain authorization from the Court of Appeals..."). Thus,

---

[1] As noted in the Government's resistance to the instant motion, Ward-Malone has requested leave to file a second or successive 28 U.S.C. § 2255 motion at least eight times, and each has been denied by the Eighth Circuit Court of Appeals.

Ward-Malone's motion (Doc. 245) is **denied**, and no certificate of appealability shall issue.

Finally, I note that I have previously admonished Ward-Malone about filing frivolous motions for discovery and he has been informed that such motions will be summarily denied. *See* Doc. 197. Regardless, Ward-Malone has continued to file frivolous requests. *See* Doc. 243. Ward-Malone is hereby put on notice that <u>any</u> further frivolous filings will result in an order requiring him to show cause as to why he should not be monetarily sanctioned.

**IT IS SO ORDERED.**

**DATED** this 15th day of August, 2023.

_____
Leonard T. Strand, Chief Judge